**Order filed March 21, 2012**



In The

# Fourteenth Court of Appeals

### NO. 14-11-01098-CR

**NOAH WILSON COLLINS, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 228th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1298556**

## O R D E R

jrelevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain Pre-sentence Investigation Report.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **March 28, 2012**, containing Pre-sentence Investigation Report.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM